# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Action No.: 99-218(JLL) |
| v. | **ORDER** |
| JOHN JACKSON | |

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

**It is on this 23rd day of MAY, 2017;**

**O R D E R E D** that RICHARD COUGHLIN, Federal Public Defender for the District of New Jersey by **CAROL GILLEN**, Esq. is hereby appointed to represent said defendant in this cause until further order of the Court.

Further Ordered that if defendant does in fact have assets which are discovered after trial, defendant will be required to reimburse the government for the cost of counsel.

JOSE L. LINARES,
UNITED STATES DISTRICT JUDGE